RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RACHEL KORENBLAT
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorney for Cesar Silva

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>CESAR SILVA,<br><br>          Defendant. | Case No. 2:15-cr-158-JCM-CWH<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Susan Cushman, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Rachel M. Korenblat, Assistant Federal Public Defender, counsel for Cesar Silva, that the sentencing hearing currently scheduled for March 15, 2016, at 10:00 a.m., be vacated and continued to a March 15, 2016, at 11:00 a.m.

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant has a sentencing hearing in case 2:15-cr-230-RFB on March 15, 2016 at 10:00 a.m.

2. The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

| | |
|---|---|
| | |

    This is the first request to continue the sentencing hearing filed herein.

    DATED this 29th day of February, 2016

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
| */s/ Rachel Korenblat*<br>By_____<br>RACHEL KORENBLAT<br>Assistant Federal Public Defender | */s/ Susan Cushman*<br>By_____<br>SUSAN CUSHMAN<br>Assistant United States Attorney |

## **ORDER**

IT IS FURTHER ORDERED that the sentencing hearing currently scheduled for March 15, 2016, at 10:00 a.m., be vacated and continued to March 15, 2016, at 11:00 a.m.

DATED March 2, 2016.

_____
UNITED STATES DISTRICT JUDGE